# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                        CASE NO. **17-** 10045 **-01** JTM

**PATRICK STEIN,**

      **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
**Possession of Child Pornography**
**18 U.S.C. 2252A(a)(5)(B)**

On or about October 14, 2016, in the District of Kansas, the defendant,

**PATRICK STEIN,**

did knowingly possess any computer disk and other material which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)A), that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and such image involved a prepubescent minor or minor who had not attained 12 years of age, all in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATIONS

Upon conviction of the offense in violation of 18 U.S.C. §§ 2252A (a)(5), as set out in Count 1 of this Indictment, the defendant, **PATRICK STEIN,** shall forfeit to the United States of America, pursuant to 18 U.S.C. § 2253(a)(3), any and all property used or intended to be used in any manner or part to commit or promote the commission of such offense of any property traceable to such property, including but not limited to:

an HP Pavilion laptop with serial number CNF8162RBH, and

two 16 GB Sandisk USB drives.

All pursuant to Title 18, United States Code, Section 2253 (a).

**A TRUE BILL.**

| | |
|---|---|
| March 16, 2017 | /s/   Foreperson |
| DATE | FOREPERSON OF THE GRAND JURY |

/s/Thomas E. Beall
THOMAS E. BEALL
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 19929
thomas.beall@usdoj.gov

> It is requested that trial be held in
> **WICHITA, Kansas**